No. 945, Misc.  BENNETT *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. ▇

No. 959, Misc.  WOODRUFF *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.  *Melvin L. Wulf* and *Alvin J. Bronstein* for petitioner. ▇

No. 962, Misc.  GOLDBERG *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  *Robert M. Taylor* and *George P. Walker* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Gilbert E. Andrews* for the United States.

No. 973, Misc.  PARNESS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Leon B. Polsky* and *Meredith Hemphill, Jr.,* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. ▇

No. 977, Misc.  RUCKLE *v.* WARDEN, BALTIMORE CITY JAIL.  C. A. 4th Cir.  Certiorari denied.

No. 978, Misc.  RUCKLE *v.* WARDEN, BALTIMORE CITY JAIL.  Baltimore City Ct., Md.  Certiorari denied.

No. 990, Misc.  RASMUSSEN *v.* WILLINGHAM, WARDEN. C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 1000, Misc.  BERRY *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.